# EXHIBIT 4











