IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| BARRETTE OUTDOOR LIVING, INC., * | |
| Plaintiff, * | |
| v.  * | Civil Case No. 19-cv-03027-SAG |
| IRON WORLD MANUFACTURING, LLC, * | |
| Defendant. * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is, this 11th day of May, 2020, hereby **ORDERED** that:

(1) Plaintiff's Motion for Default Judgment, ECF 13, is **DENIED**;

(2) Defendant's Motion to Set Aside Default, ECF 16, is **GRANTED**.  Defendant is **DIRECTED** to file an Answer to Plaintiff's Complaint within thirty (30) days of the date of this Order; and

(3) Plaintiff is **PERMITTED** to file a motion seeking an award of the reasonable costs, expenses, and attorney's fees incurred in seeking an Order of Default, and in filing its Motion for Default Judgment, on or before **June 1, 2020**.  Defendant may file an opposition to the requested amount on or before **June 15, 2020**.

Dated:  May 11, 2020                                                                /s/
                                                                                  Stephanie A. Gallagher
                                                                                  United States District Judge