**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

Barrette Outdoor Living, Inc.

    **Plaintiff,**

    **v.**

Iron World Manufacturing, LLC

    **Defendant.**

\*
\*
\*
\*
\*

**Case No.** 19-cv-03027-SAG

**ENTRY OF APPEARANCE IN A CIVIL CASE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    Enter my appearance as counsel in this case for the    Plaintiff, Barrette Outdoor Living, Inc.

    I certify that I am admitted to practice in this Court.

June 9, 2020

Date

Jordan F. Dunham
Digitally signed by Jordan F. Dunham
Date: 2020.06.08 14:14:36 -04'00'

Signature

Jordan F. Dunham (Fed Bar No. 20876)

Printed name and bar number

Duane Morris LLP, 100 International Dr., #700, Baltimore, MD 21202

Address

JFDunham@duanemorris.com

Email address

410-949-2956

Telephone number

312-277-5307

Fax number